# Exhibit B

## CONTRACT OF SALE AND PURCHASE

BETWEEN

**SPACE CITY LLC**

**9460 Jamaica Beach**

**Galveston, Texas 77554**

**USA**

AND

**TRADELAND GROUP BV**

**Saturnusstraat 46-62**

**2132 HB Hoofddorp**

**The Netherlands**

**02/12/2024**

| | |
|---|---|
| CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY. | **2024** |

**SPACE CITY CEMENT LLC,** having its main offices in 9460 Jamaica Beach Galveston, Texas 77554. USA (hereinafter referred to as the **"Buyer"**).

**TRADELAND GROUP BV** incorporated and existing under the laws of the Netherlands, located in **Saturnusstraat 46-62 2132, HB Hoofddorp The Netherlands** (hereinafter referred to as the "**Seller"**).

Each a "party" and collectively referred to as the "parties".

The Seller is a dutch company specialized in the seaborne trading of clinker, cement, and other cement-related materials and willing to purchase a hereafter defined quantity of cement.

The Buyer is an American company willing to purchase a hereafter defined quantity of cement.

The Seller may transfer all its rights and obligations under this Sales and Purchase Contract to any company belonging to the same groups said company will remain as the "Seller".

Therefore, the parties have agreed on this date of 02/12/2024 to become bound under the following terms and conditions.

**ARTICLES**

**1.**    **OBJECT OF THE CONTRACT**

The Seller shall sell Low Alkali ASTM C150 Type I/II cement and complying with the specification contained in Annex 1 in big bags which specifications will be as per Annex 2. The quantities shall be specified in accordance with this Contract and the Buyer shall buy such cement in accordance with the terms of this Contract.
The intended destination for this product is the US market.

**2.**    **QUANTITY LOTS OF THE PRODUCT AND PORT OF LOADING**

2.1    The number of intended shipments will be 1 shipment of 35,000 mt +/- 10% at Seller's option each, confirmed to be performed in 2024.

2.2    The total quantity to be supplied is 35,0000 mt (metric tons) +/- 10% of cement.

2.3    The vessel's loading laycans for cement shall be as the following tentative schedule for the 2024:
1 vessel in 5-9 December.

2.4    These consignments shall be discharged in the port of Houston TX, USA.

2.5    The applicable Incoterm to this sale shall be CIF (Cost Insurance and freight) as per Incoterms 2020.

2.6     For the purpose of this Contract, "MT" shall mean metric ton of 1,000 (one thousand) kilograms.

| CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY. | 2024 |
|---|---|

## 3.    PRICE PER METRIC TON

3.1    The price for the cement in big bags shall be 94.15 USD/MT (ninety-four dollars and fifteen cents) CIF Incoterms 2020® Houston, Texas, USA.

3.6    The price is subject to a minimum discharging rate in the port of Houston TX, USA granted by the Buyer of 4,000 Mt/ per weather working day SHINC.

3.7    If Buyer decides to guarantee a discharge rate of 5,000 mt/day SHINC, it is entitled to a discount of 0,50 USD/MT to 93.65 USD/MT CIF Houston.

3.8    The quantity sold shall be finally and conclusively determined in accordance with clause 11 and this shall be the price paid by the Buyer free of any taxes, levies, charges, or deductions whatsoever.

3.9    The origin of the goods is Turkey.

## 4.    PAYMENT TERMS AND CONDITIONS

The payment for the shipment shall be made by the Buyer by means of TT within 90 days after the issuing of the OBL. *This Supply Agreement is subject to (a) the terms of the Purchase Order by and between Tradeland Group B.V. (for itself and/or as agent for its affiliates) ("Tradeland") and Space City Cement, LLC ("SCC") dated as of [November 27, 2024], (b) the terms of the Purchase Order Financing Agreement dated as of November 26, 2024, by and between Tradeland and SCC, and (c) the Secured Promissory Note dated on or about the date of this Supply Agreement, made by SCC in favor of Tradeland.*

## 5.    DOCUMENTS
The following intended documents shall be required:

- Full set of bills of lading
- Cargo manifest
- Invoice
- Certificate of origin by a chamber of commerce
- Manufacturer´s Certificate of Quality
- Certificate of quality by independent surveyor
- Sampling certificate by independent surveyor
- Tally Report by independent surveyor
- Certificate of holds cleanliness by independent surveyor

Final instructions will be sent previous to each shipment.

## 6.    LAYCAN AND VESSEL NOMINATION

6.1    If there will be any modification of the shipments loading laycans will be mutually agreed in due time.

6.2    The Seller shall nominate the performing vessel with full particular at least 5 days prior to first day of Loading Laycan, and substitute latest 5 days before vessel's ETA, always within agreed laycan.

CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV
AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY.

2024

The Seller shall inform its acceptance of the vessel nomination within 24 hours of Seller's nomination working days. Rejection of the vessel nomination by the Seller shall not be unreasonably made.

6.3    The Buyer shall nominate the vessel's agent at the discharging port.
Buyer's agent as below:
Billy Stavrakakis
+1 (504) 343-7550
Bstavrakakis@nortonlilly.com

6.4    Buyers guarantees one safe discharging port one safe discharging berth always afloat always accessible.

6.5    The Demurrages rate shall be notified by Seller's upon vessel nomination. Half dispatch to apply. Demurrages/dispatch to be settled within 30 days of receipt of calculations.

6.7    Any Lashing inside the hold to be under buyer / owner account and responsibility.

**7.    INSURANCE**

Insurance for the contracted goods shall be covered by the Seller, naming Purchaser as an additional insured.

**8.    TITLE AND RISK**

The seller shall bear any risk of any loss or damage until such time as the contracted goods have passed the vessel's rail at the loading port. At this point, the title and risk of loss or damage of the contracted goods shall pass to the buyer.

**9.    TAXES AND DUTIES**

Each party shall bear its own taxes and duties arising from the execution of the present contract in accordance with the applicable law. All duties and taxes in the loading port shall be on the Seller's account, whereas all duties and taxes in the discharging port shall be on Buyer's account.

**10.    QUALITY GUARANTEES**

The cement shall comply with the specification contained in Annex 1 and it will be presented in big bags as per Annex 2.

**11.    WEIGHT**

The loading shall be supervised by an internationally recognised surveyor who will monitor the tally count of bags stated in the Bill of Lading and in the Commercial Invoice. This quantity approved by the mentioned control agency shall be deemed final and accepted by the parties. The fees of this control agency shall be on Seller' account.

### 12.    QUALITY CONTROL AND DISPUTES

#### A.  Sampling

Seller shall obtain samples of the Materials at the time of shipment at the point of loading ("**Source Samples**").  The Source Samples shall be combined and thoroughly mixed into one representative homogenous sample (the "**Composite Sample**").  Such sampling shall be performed in accordance with ASTM Standards by a recognized, international independent surveyor (SGS, or similar) (the "**Load Surveyor**"). The Composite Sample shall be representative of the cement shipped and shall not be deemed a "typical sample" from the Source.

The Load Surveyor shall split the Composite Sample into three (3) equal portions, placed in proper containers, sealed and signed for by the Load Surveyor (each is a "**Sub Sample**") and handle as follows:

a.   One sealed Sub Sample will be couriered to a recognized, independent laboratory (SGS or similar) ("**Load Laboratory**"), which may be the same as the Load Surveyor and shall be appointed by Supplier.

b.   One (1) sealed Sub Sample shall be shipped directly (by courier) to the Buyer.

c.   One (1) sealed Sub Sample shall be kept by the Load Surveyor and sealed for at least sixty (60) days, to be used solely in case of any Quality dispute (the "**Referee Sample**").

The cost of such sampling shall be at Seller's expense.  At its discretion, Buyer shall have the right to hire an independent laboratory to analyze the Sub Sample sent to it from the load port.

#### B.  Analysis

Seller shall have the Load Laboratory test the Sub Sample. Such testing shall be performed in accordance with reasonable, customary and/or consistent for the type of the Material as per ASTM C150 in conjunction with ASTM C114. The cost of such testing shall be at Supplier's expense.

Seller shall provide the results of the Load Laboratory Sub Sample analysis to, as soon as available (email is permissible), but, in no event, no later than two (2) days prior to the delivery date of the cement to the discharging port.

If Buyer chooses to take and analyze its Sub Sample, such analysis shall be done at Buyer's expense, in Buyer's lab or such lab as Buyer may designate.

In the event the test results from the Buyer's Sub Sample differ from the Load Laboratory Sub Sample test results, upon the request of Buyer, Supplier will engage an independent mutually

CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV
AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY.

2024

agreed lab (the "**Referee Lab**") to conduct an analysis of the Referee Sample.  Results of the Referee Sample testing and analysis shall be official and final.

If the Referee Lab's test results are materially different than the Quality specifications set forth in Paragraph 1(D) of this Agreement, Buyer and Supplier shall meet to discuss and agree upon a fair settlement to compensate the Buyer, and Supplier shall be responsible for all costs incurred in the testing by the Referee Lab.

If the Referee Lab's test results determine that the Referee Sample is, in all material respects, consistent with the Quality specifications set forth this Agreement, Buyer shall immediately pay in full all sums due under this Agreement.  All costs associated with quality testing by the Referee Lab will be borne by the Buyer, including but not limited to costs of shipping the Referee Sample to the Referee Lab, costs of testing, and courier costs for sending results.

It is hereby acknowledged and agreed by both parties that the shipment consists of cement big bags and sling bags, and a certain percentage of broken, damaged, or torn bags is expected due to the standard handling processes during loading, transit, and discharge operations. Accordingly, the presence of broken, damaged, or torn bags, as determined at the time of hold opening upon arrival at the discharge port but not to exceed 1.5%, shall be considered within the normal and acceptable range for this type of transaction and shall not constitute grounds for claims or penalties.

13.     **SHIPPING DETAILS**

13.1    Discharging port will be Houston, Texas, discharge rate of 4,000mt pwwd of 24 consecutive hours shinc (holidays as Bimco calendar always excluded unless used).

13.2    Demurrages / half despatch always in line with market at time of nomination. Holidays as per Bimco calendar of general holidays, never to count, **unless** used actual time used to count.

13.3    In case berth at discharge port is occupied upon vessel's arrival and/or berthing is delayed for any reason other than vessel's fault, then master has the right to tender n.o.r. w/w/w/w.

13.4    Laytime at discharging port will commence 12 hrs (turntime) after valid nor is tendered. Laytime shall stop counting on completion of discharging. However, if the vessel is prevented from proceeding to the berth due to her inefficiency, notice of readiness to be given only when such hindrance has ceased, unless notice of readiness already given, in which case time not to count from time such hindrance has started until same is being ceased.

13.5    Time taken from anchorage to the discharge berth shall be considered part of the sea voyage and shall not count as laytime or demurrage. any time used to conduct vessel's first and last draft survey never to count as laytime shifting alongside or between berths to be for buyer's time and account. At discharge port holds to be left shovel-mechanical clean.

CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV
AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY.

2024

**14.    NOTIFICATION**

All notices to be given by either party to the other one under this Contract shall be in writing and shall be served to the other party by first-class recorded delivery post to the registered address of the other party or an address previously notified by the receiving party to the party serving the notice for the purpose of this clause) or by despatching the same by telex, facsimile transmission or other means of electronic communication in permanent written form.

| For the Buyer: | For the Seller: |
|---|---|
| John Mecom 3 | Luis Isaza |
| john3@spacecitycement.com | (luis.isaza@Tradelandgroup.com) |
| Kevin Harper | (ops@tradelandgroup.com) |
| kevin@spacecitycement.com | |

**15.    FORCE MAJEURE**

15.1    Neither Party shall be responsible or shall be deemed in breach of its obligations under the present contract if said Party becomes unable to fulfil the whole or any part of its obligations under the terms of this Contract or is prevented or delayed from fulfilling them owing to a case of force majeure. i.e. Acts of God, war , invasion, blockage by foreign enemies, rebellion, revolution, insurrection, pirates or assailing thieves, military usurpation of power, civil war or riot, commotion, disorder, floods, tempest, volcanic eruption, earthquake, epidemic diseases, quarantine or unforeseen reasons beyond the control of the affected Party and without any fault or negligence of such Party.

15.2    A worker's strike, or any other stoppage for the purpose of maintenance or revision of the machinery shall not be considered Force Majeure.

15.3    If a party (« the affected party ») is delayed, hindered, or kept from fulfilling any of its obligations under the present contract by a case of Force Majeure:

(i)    The obligations of the parties under the present contract shall be suspended for as long as the force majeure prevails and to the extent to which the affected party is delayed, hindered, or kept from fulfilling its obligations.

(ii)    As soon as the force majeure is declared, with a maximum delay of 3 days, the affected party must notify the other party in writing of the occurrence of the force majeure, the date in which it began and its effects of the party's capacity to fulfill its obligations.

(iii)    The affected party must make all reasonable efforts to alleviate the effects of the force majeure on the execution of its obligations.

(iv)    As soon as de force majeure ends and with a maximum delay of 3 days, the affected party must notify this event to the other party and resume the performance of its obligations under the present contract.

CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV
AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY.

**2024**

15.4    In the event that occurrence of Force Majeure continues for a period exceeding 2 (two) months, the parties may terminate this contract by means of a written notification to the other party at least 30 in advance

## 16.    ASSIGNMENT

This Contract shall be binding upon and inure to the benefit of the Parties named herein and their respective successors and permitted assignees. No Party may assign either this Contract or any of its rights, interests, or obligations hereunder without the prior written approval of the other Party.

## 17.    SEVERABILITY

If all or part of this contract becomes illegal, invalid, or unenforceable in any jurisdiction then the remaining terms of this Contract shall remain in full force and effect as if such invalid or unenforceable term had never been included.

## 18.    EXCLUSIVITY AND CONFIDENTIALITY

18.1    The Seller acknowledges and respects the Buyer's position as a supplier of the manufacturer's products and endeavors not to approach the final buyer independently.

18.2    Both parties agree to keep the confidentiality of this agreement and of the clauses contained herein for a period of one year after the expiration of this contract.

## 19.    ENTIRE AGREEMENT

This Contract (including the annex referred to herein) constitutes the entire contract between the Parties and supersedes all previous agreements, promises, proposals, representations, understandings, and negotiations by and between the Parties, written or oral, to the extent they relate in any way to the subject matter hereof.

## 20.    GOVERNING LAW AND RESOLUTION OF DISPUTES

20.1    The Parties hereby agree that this contract shall be governed by and construed in accordance with English law and any dispute arising out of or in connection with this Contract shall be referred to arbitration in London in accordance with the Arbitration Act 1996 or any statutory modification or re-enactment thereof save to the extent necessary to give effect to the provisions of this Clause.

20.2    All disputes arising in connection with the Contract shall be conducted under the terms of the London Maritime Arbitrators Association (LMAA) current at the time when the arbitration proceedings are commenced. The arbitration shall be held in London.

20.3    The reference shall be to three arbitrators, whose award shall be binding for the parties. A party wishing to refer a dispute to arbitration shall appoint its arbitrator and send notice of such appointment in writing to the other party requiring the other party to appoint its own arbitrator within 14 calendar days of that notice and stating that it will appoint its arbitrator as sole arbitrator unless the other party appoints its own arbitrator and gives notice that it has done so within the 14

**8** | Buyer                                                                                        Seller

CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV
AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY.

2024

days specified. If the other party does not appoint its own arbitrator and give notice that it has done so within the 14 days specified, the party referring a dispute to arbitration may, without the requirement of any further prior notice to the other party, appoint its arbitrator as sole arbitrator and shall advise the other party accordingly. The award of a sole arbitrator shall be binding on both parties as if he had been appointed by agreement.

20.4    The incoterms mentioned in the present contract shall be construed according to the revision of the "INCOTERMS 2020".

## 21.    TERMINATION

21.1    This Contract will terminate either:

(i)     in case of breach of contract, upon request of the non-breaching party or

(ii)    if one of the parties ceases or threatens to cease to exist, files for bankruptcy or is declared bankrupt.

21.2    Each party shall indemnify the other party for all losses suffered because of such early termination.

## 22.    AUTHORITY

22.1    The parties warrant that the signatories to this Contract are authorized to sign this Contract on their behalf.

22.2    This Contract may be executed in counterparties and exchanged by scanned copies circulated between the parties and such scanned copies shall be binding on the parties.

In witness whereof the parties hereto have caused their duly authorized representatives to sign these presents:

Dated 02/12/2024

Agreed and accepted by:

For and on behalf of                              For and on behalf of

Space City Cement, LLC

For the Buyer:                                    For the Seller:

John Mecom 5 (Dec 2, 2024 15:42 CST)            PEDRO AGIEN
                                                 DIRECTOR

CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV
AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY.

**2024**

**ANNEX  1  ASTM Type I/II analysis**

| CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY. | 2024 |



**GÖLTAŞ GÖLLER BÖLGESİ ÇİMENTO SAN. VE TİC. A.Ş.**
**MANUFACTURER'S QUALITY CERTIFICATE**

Type of Cement:   ASTM C-150 TYPE I/II
Certificate No:      CPC-CEMENT-0107
Methods of Testing Cement: According to ASTM Standarts

| Report No: A-01-1 | ASTM C-150 TYPE I/II Portland Cement | | Date: 2024 | | |
|---|---|---|---|---|---|
| **Chemical Analysis Results** | | **Standard Limits** | **Göltaş Results** | | |
| | | | Average | Min | Max |
| Insoluble Residue (%) | | max 1,5 | 0,85 | 0,05 | 1,40 |
| SiO2 (%) | | | 20,20 | 18,50 | 22,50 |
| Al2O3 (%) | | max 6 | 4,20 | 3,20 | 4,90 |
| Fe2O3 (%) | | max 6 | 3,50 | 2,90 | 4,00 |
| CaO (%) | | | 63,10 | 61,90 | 64,30 |
| MgO (%) | | max 6 | 1,80 | 1,50 | 2,20 |
| SO3 (%) | | max 3 | 2,80 | 2,40 | 2,95 |
| Cl (%) | | | 0,014 | 0,005 | 0,080 |
| Na2O (%) | | | 0,054 | 0,040 | 0,080 |
| K2O (%) | | | 0,630 | 0,450 | 0,800 |
| Na2OEq. (%) | | | 0,560 | 0,450 | 0,590 |
| Loss on Ignition (LOI) (%) | | max 3 | 2,10 | 1,00 | 2,95 |
| Free CaO (%) | | | 1,00 | 0,05 | 2,50 |
| **Bogue's Potential Composition** | | | | | |
| C3S (%) | | | 57,00 | 52,00 | 70,00 |
| C2S (%) | | | 14,00 | 6,00 | 20,00 |
| C3A (%) | | max 8 | 5,20 | 3,20 | 7,90 |
| C4AF | | | 10,50 | 7,00 | 14,00 |
| **Physical Analysis Results** | | | | | |
| Fineness (%) | 90 µ | | 0,5 | 0,1 | 1,5 |
| | 45 µ | | 2,5 | 1,0 | 4,5 |
| Blaine (cm2 / g) | | min 2.600 | 4.050 | 3.500 | 4.600 |
| Air Content of Mortar, Volume (%) | | max 12 | 9,0 | 4,0 | 11,0 |
| Specific Gravity (g / cm3) | | | 3,17 | 3,14 | 3,2 |
| Setting Time (Vicat) (min) | Initial | min 45 | 150 | 110 | 200 |
| | Final | max 375 | 240 | 190 | 290 |
| Autoclave Expansion (%) | | max  0,80 | 0,1 | 0 | 0,7 |
| **Compressive Strength Results** | | | | | |
| 3 Days (Mpa/psi) | | min 12,0 / 1.740,0 | 25,0 / 3.625,0 | 21,0 / 3.045,0 | 29,0 / 4.205,0 |
| 7 Days (Mpa/psi) | | min 19,0 / 2.760,0 | 30,5 / 4.422,5 | 27,0 / 3.915,0 | 35,0 / 5.075,0 |
| 28 Days (Mpa/psi) | | | 41,0 / 5.945,0 | 38,0 / 5.510,0 | 45,0 / 6.525,0 |

The relevant analysis report represents production data averages.

| **Quality Development and Process Manager** | **Quality Control Chief** |
|---|---|
| | |

| 🏠 CENTER | 🏭 FACTORY | ✉ EMAIL |
|---|---|---|
| Vişnezade Mah. Prof.Alaeddin Yavaşca Sok. Marmara Apt. No:4/2 34357 Beşiktaş/İSTANBUL Tel: +90 (212) 327 00 80 Faks: +90 (212) 327 13 03 | Isparta - Afyon Karayolu Üzeri 15. Km 32320 ISPARTA Tel: +90 (246) 237 14 51 Faks: +90 (246) 237 14 80-79 | General: goltas@goltas.com.tr İnt.Sales: goltassatis@goltas.com.tr Ex. Sales: export@goltas.com.tr |

**ANNEX 2 Big Bag Specification**

Buyer                                                                                              Seller

CONTRACT OF SALE AND PURCHASE BETWEEN TRADELAND GROUP BV
AND SPACE CITY CEMENT LLC FOR THE SUPPLY OF CEMENT FROM TURKEY.

**2024**

## TECHNICAL SPECIFICATIONS

| | |
|---|---|
| CONSTRUCTION | U Panel + 2 Side Panels |
| OUTER DIMENSIONS | 100cm x 100cm x 178cm |
| INNER DIMENSIONS | 96cm x 96cm x 174cm |
| SAFETY WORKING LOAD (KG) | 2000 |
| SAFETY FACTOR | 5:1 |
| BODY FABRIC | Circular Woven Standard Folded fabric |
| BODY FABRIC COLOR | White |
| BODY FABRIC AVARAGE WEIGHT (GR/M2) | 230 (UNCOATED) |
| UV | After 150 Kly, Remaining Tensile Strenght 50 % |
| TOP FOLDING | Top Folded Outside |
| LIFTING TYPE | 4 Corner Loops Sewn Outside |

| FREE LIFTING HEIGHT (CM) | 25 | WEBBING MATERIAL | Standard Monoflament Webbing | WEBBING COLOR | Blue |
|---|---|---|---|---|---|
| BODY SEWING TYPE | | Overlock + Chain Stitch | BODY SEWING YARN COLOR | | Blue |

| | | | | |
|---|---|---|---|---|
| TOP | Top With Filling Spout | DIAMETER 38cm | HEIGHT 70cm | + Tie String 2 x 55cm |
| BOTTOM | Closed Bottom | | | |
| SEAMS | Standard | | | |
| LINER | Liner Ldpe Standard Bottom Welded Top Bottleshape 200cm x 355cm x 100 mc Liner will be glued to the outer bag | | | |

Buyer                                                                    Seller

# Cement purchase contract Tradeland - SCC FV (RRVW redline) (2)

Final Audit Report                                              2024-12-02

| | |
|---|---|
| Created: | 2024-12-02 |
| By: | Blake Bachtel (blake.bachtel@roystonlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAerbSEIuG1GAO5RfDJWMhkMZT0WgEeqA- |

## "Cement purchase contract Tradeland - SCC FV (RRVW redline) (2)" History

📄 Document created by Blake Bachtel (blake.bachtel@roystonlaw.com)
   2024-12-02 - 9:40:12 PM GMT

✉ Document emailed to john3@spacecitycement.com for signature
   2024-12-02 - 9:40:30 PM GMT

📄 Email viewed by john3@spacecitycement.com
   2024-12-02 - 9:41:01 PM GMT

✍ Signer john3@spacecitycement.com entered name at signing as John Mecom 3
   2024-12-02 - 9:42:15 PM GMT

✍ Document e-signed by John Mecom 3 (john3@spacecitycement.com)
   Signature Date: 2024-12-02 - 9:42:17 PM GMT - Time Source: server

✅ Agreement completed.
   2024-12-02 - 9:42:17 PM GMT

**Adobe Acrobat Sign**