# Exhibit C

SECURED PROMISSORY NOTE

$3,577,700                                                Date: November 29, 2024

FOR VALUE RECEIVED, SPACE CITY CEMENT, LLC, a Texas limited liability company (the "Borrower"), promises to pay to the order of TRADELAND GROUP, B.V., (hereinafter, together with any holder hereof, the "Lender"), whose address is Tradeland Group B.V., c/o Ciervo, 1, 28223, Pozuelo de Alarcón, Madrid, Spain, the sum of Three Million Five Hundred Seventy-Seven Thousand, Seven Hundred U.S. Dollars ($3,577,700) (the "Original Principal Amount"), together with interest thereon, as described in this secured promissory note (this "Note"). Capitalized terms used, but not defined, in this Note have the meanings given them in the Finance Agreement (as defined below). *The Original Principal Amount stated herein is based upon the assumption that this Note will finance the purchase of 38,000 metric tons of cement at $94.15 per metric ton. The Original Principal Amount shall be subject to downward adjustment to an amount equal to (a) the exact quantity of product supplied by Lender pursuant to the applicable purchase order, multiplied by (b) $94.15 per metric ton. Upon demand by the Lender, the Borrower hereby agrees to execute an amended and restated note with such updated Original Principal Amount, in replacement of this Note.*

This Note evidences an Advance made by the Lender in the Original Principal Amount stated above pursuant to the terms of that certain Purchase Order Financing Agreement dated as of November 26, 2024 (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Finance Agreement") by and among the Borrower, the Guarantors party thereto and the Lender, and is one of the "Notes" referred to in the Finance Agreement subject to the provisions and terms thereof.

Reference is made to the Finance Agreement for provisions affecting this Note regarding applicable interest rates, principal and interest payment dates, prepayments, final maturity, default, acceleration of maturity, exercise of rights, payment of attorneys' fees, court costs and other costs of collection and certain waivers by the Borrower and others now or hereafter obligated for payment of the amounts due under this Note. The Lender is entitled to all of the benefits and security provided for in the Finance Agreement and the other Finance Documents, including, without limitation, each Guaranty and the Pledge Agreement executed and delivered in connection therewith.

The Advance evidenced hereby has been made by the Lender in accordance with terms of the Finance Agreement and this Note has been delivered at the Lender's main office set forth above. Such Advance and all payments on account of the principal and interest thereof, shall be recorded on the books and records of the Lender and the principal balance as shown on such books and records, or any copy thereof certified by an officer of the Lender, shall be rebuttably presumptive evidence of the principal amount owing hereunder.

Except for such notices as may be required under the terms of the Finance Agreement, the Borrower waives presentment, demand, notice, protest, and all other demands, or notices, in connection with the delivery, acceptance, performance, default, or enforcement of this Note, and assents to any extension or postponement of the time of payment or any other indulgence.

This Note shall be governed by, and construed in accordance with, the laws of the State of New York, without regard to conflict of law principles (but including and giving effect to Sections 5-1401 and 5-1402 of the New York General Obligations Law), and shall be binding upon the Borrower and its legal representatives, successors, and assigns. Wherever possible, each provision of the Finance Agreement and this Note shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of the Finance Agreement or this Note shall be prohibited by or be invalid under such law,

4932-5533-7986.2

such provision shall be severable, and be ineffective to the extent of such prohibition or invalidity, without invalidating the remaining provisions of the Finance Agreement or this Note. This Note constitutes a Finance Document under the Finance Agreement.

*[Remainder of Page Intentionally Left Blank—Signature Page Follows]*

4932-5533-7986.2

IN WITNESS WHEREOF, the Borrower has executed this Note as of the date set forth above.

Borrower:

SPACE CITY CEMENT, LLC,
a Texas limited liability company

By: _____

Name: _KEVIN HALPER_

Title: _MANAGING MEMBER_

4932-5533-7986.2