# Exhibit D



**Tradeland Group BV**
Saturnusstraat 46-62 2132 HB Hoofddorp
Netherlands

Tax ID: ██████████8B01

**SPACE CITY CEMENT, LLC**
9460 Jamaica Beach Galveston, Texas 77554
UNITED STATES

Tax ID: █████3547

**INVOICE**
FE292-24

December 16th, 2024

| QUANTITY (MT) | DESCRIPTION | UNIT PRICE | CURRENCY | AMOUNT |
|---|---|---|---|---|
| 37,498.193 | Cement in Big Bags | 93.65 | USD | 3,511,705.77 |

### ADDITIONAL INFORMATION

| | |
|---|---|
| **MV:** | TOKYO EAGLE |
| **B/L:** | 14/12/2024 |
| **INCOTERM:** | CIF |
| **Port of Loading:** | Antalya - Turkey |
| **Port of Discharge:** | Houston - United States |

| | VAT | 0.00% | USD | 0.00 |
|---|---|---|---|---|
| | | **USD** | | **3,511,705.77** |

### TERMS OF PAYMENT

Bank transfer
TT 90 Days after B/L

### BANK ACCOUNT

| | |
|---|---|
| Beneficiary bank: | ████████████████████████ |
| SWIFT: | ████████ |
| IBAN (USD): | ██████████████████ |

If you receive new bank details by email from us we formally request you to double check and confirm, either by telephone or face to face, with your Tradeland Group BV contact before processing or authorizing the payment.