# Exhibit E

CODE NAME "CONGENBILL" , EDITION 1994

# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

B/L No. 1

**Shipper**

GOLTAS GOLLER BOLGESI CIMENTO SAN VE TIC AS
VISNEZADE MAH PROF. DR. ALAEDDIN YAVASCA SOK
MARMARA APT. NO 4/2 BESIKTAS / ISTANBUL
ON BEHALF OF TRADELAND GROUP B.V."

**Consignee**

Space City Cement
Attention: Kevin Harper
13609 Industrial rd.
Houston, Texas 77015
EIN: ▮▮▮▮3547

**SCAC CODE : SBKO TOKY 2024 0001**

ORIGINAL

**Notify address**

KMG Logistics Asset Management LLC
12609 Blossom Walk Court
Pearland, Texas 77584
Attention: Clint Moser or George Karmoukos

| Vessel | Port of loading |
|---|---|
| M/v TOKYO EAGLE | ANTALYA , TURKEY |

| Port of discharge | Destination |
|---|---|
| WATCO GREENSPORT, HOUSTON,TX | U.S.A |

| Shipper's description of goods | Gross Weight |
|---|---|
| ASTM C 150 TYPE I/II LA CEMENT IN 2.0 MT BIG BAG | 37.498,163 MTONS |

TOTAL BIGBAGS : 18721 PCS
TOTAL NET WEIGHT : 37.442,000 MTONS
TOTAL GROSS WEIGHT : 37.498,163 MTONS

CLEAN ON BOARD
FREIGHT PAYABLE AS PER CHARTER PARTY DATED 02Dec24

(of which NONE on deck at Shipper's risk;the Carrier not being responsible for loss or damage howsoever arising.)

| Freight payable as per relevant | |
|---|---|
| CHARTER-PARTY DATED 02Dec24 | **SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. Weight,measure,quality,quantity,condition,contents and value unknown **IN WITNESS** whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor any one of which being accomplished the others shall be void. |
| Received on account of freight : | |
| ...................................................................... | |
| Time use for loading.........................days...............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | ANTALYA , TURKEY  14.12.2024 |
| **Number of original Bs/L** | **Signature** |
| 3 - (THREE) | TYPHOON MARITIME CO. ON BEHALF OF MASTER OF M/V  TOKYO EAGLE CPT. JOSELITO JUSON |